UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:21-cv-103-BO

ROBERT EARL EDWARDS,

    Plaintiff,

v.

CITY OF FAYETTEVILLE, a political subdivision of the State of North Carolina and PATRICK GUILETTE,

    Defendants.

**ORDER**

This matter is before the Court on the Defendants' unopposed Motion to Stay all other matters pending resolution of Defendants' motion for summary judgment [DE 24 and 30] and, if necessary, any appeal based on qualified immunity. The Court, having reviewed the Motion, concludes that it should be allowed. Accordingly, it is ORDERED that this action is stayed, pending resolution of the Defendants' motions for summary judgment [DE 24 and 30] and, as appropriate, any appeal to the Fourth Circuit.

This the ___7___ day of November, 2022.

                                                  *Terrence Boyle*
                                                TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE